CHARLES HILDING, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Seeger and Scud-

der, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon the ground that there was no proof that the ice that had been on the sidewalk for over a week prior to the time of the accident was a cause of the accident.